UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 11

MARTENSE NEW YORK, INC.,                                     Case No. 109-48910 (CEC)

                               Debtor.
-----------------------------------------------------------x

## ORDER AUTHORIZING RETENTION
## OF ATTORNEYS FOR DEBTOR

Upon the annexed Application of Martense New York, Inc. (the "Debtor"), and upon the Affidavit of Disinterestedness of Kevin J. Nash, Esq., and good cause having been shown, and no adverse interest being represented, it is hereby

**ORDERED**, that the Debtor is authorized to employ and retain Goldberg Weprin Finkel Goldstein LLP, as its attorneys in connection with this Title 11 case pursuant to 11 U.S.C. §327 as of the Petition Date; and it is further

**ORDERED**, that all compensation to be paid to Goldberg Weprin Finkel Goldstein LLP shall be fixed by this Court after proper application and notice thereof in accordance with 11 U.S.C. §§ 330 and 331 and applicable Bankruptcy Rules.

Dated:   New York, New York
             March __, 2010

                                                                    _____
                                                                    UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:


_____
Office of the United States Trustee