**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: <br><br> MARTENSE NEW YORK, INC., <br><br> *Debtor In Possession*. | ) ) ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 09-48910 (CEC) |

**DECLARATION OF H. MICHAEL LYNCH IN SUPPORT OF NEW YORK COMMUNITY BANK'S OBJECTION TO DEBTOR'S APPLICATION TO APPROVE LEASE WITH BARRON RENTALS, INC.**

H. Michael Lynch, an attorney duly admitted to practice in the State of New York, hereby declares and states as follows:

1. I am the managing partner at Lynch & Associates, which maintains an office at 462 Seventh Avenue, 12th Floor, New York, New York 10018. I submit this declaration in support of *New York Community Bank's Objection To Debtor's Application To Approve Lease With Barron Rentals, Inc.*

2. I am fully familiar with the facts and circumstances set forth below and make the statements herein based upon my personal knowledge.

3. Attached hereto as Exhibit A is a true and correct copy of a printout, dated August 3, 2010, from the New York State Secretary of State website reflecting certain information concerning Barron Rentals, Inc.

4. As of the date hereof, the Offices of Lynch & Associates is handling the foreclosure proceedings in connection with each of the following 11 New York Community Bank loans. In each case Yehuda Nelkenbaum, or entities under his control, is the borrower.

| Loan No. | Borrower | Address | Org. Date | Principal Balance |
|---|---|---|---|---|
| 110585125 | Martense New York Inc. | 61 Martense St. Brooklyn, NY | 2/17/2006 | $4,823,911.30 |
| 110589168 | Jefferson Avenue Bricks Inc. | 937 Jefferson Ave. Brooklyn, NY | 8/21/2006 | $746,517.14 |
| 110590398 | Franklin Tower Inc. | 728 Franklin Ave. Brooklyn, NY | 12/19/2006 | $1,198,805.39 |
| 110591404 | New York Double Inc. | 410 West 22nd St. New York, NY | 2/27/2007 | $3,997,110.53 |
| 110588061 | Union Street Bricks Inc. | 1045 Union St. Brooklyn, NY | 7/6/2006 | $2,903,440.68 |
| 112595064 | Union Street Bricks Inc. (2nd) | 1045 Union St. Brooklyn, NY | 10/2/2007 | $1,073,218.00 |
| 110587071 | New Sterling Inc. | 1338 Sterling Pl. Brooklyn, NY | 5/10/2006 | $635,052.45 |
| 110589143 | East Thirty Fifth Street Bricks, Inc. | 1155 East 35th St. Brooklyn, NY | 8/21/2006 | $2,850,966.96 |
| 110588053 | Brooklyn Avenue Bricks Inc. | 29 Brooklyn Ave. Brooklyn NY | 6/30/2006 | $1,435,184.02 |
| 110584771 | Flatlands One LLC. | 3706 Flatlands Ave. Brooklyn NY | 2/8/2006 | $684,701.01 |
| 110589150 | Marion Street Bricks Inc. | 276 Marion St. Brooklyn NY | 8/21/2006 | $777,786.40 |
| **Total** | | | | **$21,126,693.88** |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Executed on August 16, 2010

/s/ H. Michael Lynch
H. Michael Lynch