LYNCH & ASSOCIATES
ATTORNEYS AT LAW
462 SEVENTH AVENUE
12TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE 212 683-4141
FACSIMILE 212 683-2669

LONG ISLAND OFFICE

187 EAST MAIN STREET
HUNTINGTON, NY 11743
TELEPHONE 631 923-0896
FAX 631 923-0897

November 1, 2010

Hon. Carla E. Craig,
Chief United States Bankruptcy Judge
United States Bankruptcy Court
270 Cadman Plaza East
Brooklyn, New York 11201

**Re: In re Martense New York, Inc., Case No. 09 - 48910 (CEC)**

Dear Judge Craig,

This firm represents New York Community Bank. This letter will confirm the adjournment of the evidentiary hearing that commenced but did not finish on October 26, 2010. The adjournment date was originally set for November 1, 2010, but that date presented a conflict with another court appearance. The next available date provided by your Honor is November 29, 2010 at 10:00 AM. All parties consent to the adjournment.

Please feel free to contact me if you have any question.

Respectfully submitted,

/s/ Gary Ravert

Gary O. Ravert

Of Counsel to Lynch & Associates
*Attorneys for New York Community Bank*