# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS*
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH **♦'
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
ROBERT S. POWERS
STEPHEN BORDANARO
LISA C. NASIAK*
AUBREY E. RICCARDI*
GERALD BUKARY
RANDI K. STEMPLER'
DOROTHY A. GALVIN'
DOV BRANDSTATTER
MATTHEW J. LAMBERT
SERGIO J. TUERO*
JENNIFER J. KIM
CHRISTOPHER R. CLARKE
MICHAEL R. PETITPAS
J.T. HUTCHENS
ANNYROSE PAHL

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
DAVID GALANTER
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
* ALSO MEMBER OF TEXAS BAR
' ALSO MEMBER OF MASSACHUSETTS BAR

*Neal M. Rosenbloom, Esq.*
*Direct Line (212) 301-6923*
*Facsimile (212) 422-6836*
nrosenbloom@gwfglaw.com

November 2, 2010

**VIA ECF AND FIRST CLASS MAIL**

Gary O. Ravert, Esq.
Lynch & Associates
462 Seventh Avenue, 12th Floor
New York, New York 10018

    Re:   In re Martense New York, Inc., Case No. 09-48910 (CEC)

Dear Gary:

    I have your letter of November 1, 2010 addressed to the Court. A copy of the correspondence is attached for your ready reference.

    When you spoke to me at the end of last week and asked that I accommodate your schedule, I advised you that I was available every afternoon during the week of November 29, 2010, however, I asked that the matter not be put on in the afternoon of November 29, 2010 because I have an appellate brief due that day and because of the long Thanksgiving weekend. I am also available in the afternoon on December 6, December 7 and December 8, 2010.

    In point of fact, I had planned to take off the Wednesday before Thanksgiving.

    I was surprised to receive your letter indicating that the motion had been adjourned to November 29, 2010 at 10:00 a.m., which is truly an impossibility for me.

     Adjourning this matter was an accommodation to you and I would appreciate your contacting the Court and rescheduling this matter, subject to Judge Craig's calendar for any afternoon as outlined above.

Sincerely yours,

Neal M. Rosenbloom

NMR/dr
Enclosure
cc:    Honorable Carla E. Craig

## LYNCH & ASSOCIATES
ATTORNEYS AT LAW
462 SEVENTH AVENUE
12™ FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE 212 683-4141
FACSIMILE 212 683-2669

LONG ISLAND OFFICE

187 EAST MAIN STREET
HUNTINGTON, NY 11743
TELEPHONE 631 923-0896
FAX 631 923-0897

November 1, 2010

Hon. Carla E. Craig,
Chief United States Bankruptcy Judge
United States Bankruptcy Court
270 Cadman Plaza East
Brooklyn, New York 11201

**Re: In re Martense New York, Inc., Case No. 09 - 48910 (CEC)**

Dear Judge Craig,

This firm represents New York Community Bank. This letter will confirm the adjournment of the evidentiary hearing that commenced but did not finish on October 26, 2010. The adjournment date was originally set for November 1, 2010, but that date presented a conflict with another court appearance. The next available date provided by your Honor is November 29, 2010 at 10:00 AM. All parties consent to the adjournment.

Please feel free to contact me if you have any question.

Respectfully submitted,

/s/ Gary Ravert

Gary O. Ravert

Of Counsel to Lynch & Associates
*Attorneys for New York Community Bank*