UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                  Chapter 11

MARTENSE NEW YORK INC.                                  Case No. 09-48910 (CEC)

                                    Debtor.
---------------------------------------------------------x

## *ORDER GRANTING MOTION TO APPROVE LEASE*
## *SUBJECT TO EXECUTION OF GUARANTY*

UPON reading and filing the Debtor's notice of motion dated July 30, 2010 seeking an order pursuant to §363(b) of the Bankruptcy Code to approve the Debtor's lease with Barron Rentals Inc.; and upon reading and filing New York Community Bank's opposition dated August 16, 2010 to the Debtor's application to approve the lease with Barron Rentals Inc.; and upon reading and filing the Debtor's reply dated August 17, 2010 to the Bank's opposition and said motion having come on to be heard before the undersigned Bankruptcy Judge on August 18, 2010 and after hearing Goldberg Weprin Finkel Goldstein LLP, attorneys for the Debtor by Neal M. Rosenbloom, Esq. of counsel in support of the motion and after hearing Lynch & Associates, attorneys for Bank by Gary Revert, Esq. of counsel and opposition to the motion and after due deliberation, it is

ORDERED that the Debtor's application to approve a certain lease agreement dated June 15, 2010 made with Barron Rentals Inc. be and it hereby is approved subject to Yisroel Barron executing a "Good Guy Guaranty" in the form annexed hereto as Exhibit "A".



**Dated: Brooklyn, New York**
**January 3, 2011**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**