Jay Bohensky, Esq. [JB:9887]
Bohensky Associates
2115 Avenue O
Brooklyn, NY 11210
(718) 252 6942

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
=========================================
In re

MARTENSE NEW YORK, INC.,                    Chapter 11
                                            Case No. 09-48910 (CEC)
                    Debtor.

=========================================
NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

     Pursuant to Federal Bankruptcy Rule 3001(e)(2), notice is hereby given that the proof of claim filed by:

        **New York Community Bank** ("Transferor"),
        originally filed on 10/13/2010 and docketed as claim number 12 herein, and
        subsequently amended by amendment filed on 3/15/2011, for a total claim due
        through March 11, 2011 in the sum of $5,838,303.67,

has been unconditionally transferred on 6/15/2011 to:

        **Martense Street Capital, Inc.** ("Transferee"),
        c/o Jay Bohensky, Esq.
        Bohensky Associates
        2115 Avenue O
        Brooklyn, NY 11210

for good and sufficient consideration given and received.

     The Transferor specifically waives notice of the transfer and hearing required by Federal Bankruptcy Rule 3001(e)(2). The Transferor requests that any payment or process regarding this claim be given or made to Transferee.

                Approved By:   /s/   Gary O. Ravert
                              Gary O. Ravert, Esq.
                              Lynch & Associates
                              For New York Community Bank, Transferor
                              462 Seventh Avenue, 12th Floor
                              New York, NY 10018
                              Voice: (212) 683 4141
                              Fax: (212) 208 0948

DATED:  September 27, 2011

        Submitted By:   /s/   Jay Bohensky
                      Jay Bohensky, Esq. [JB:9887]
                      Bohensky Associates
                      For Martense Street Capital, Inc., Transferee
                      2115 Avenue O
                      Brooklyn, NY 11210
                      Voice: (718) 252 6942
                      Fax: (718) 252 7218