United States Bankruptcy Court
Eastern District of New York

In re:  
Martense New York Inc.  
       Debtor

Case No. 09-48910-cec  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: btaylor     Page 1 of 2     Date Rcvd: Jan 17, 2012  
                       Form ID: 295     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2012.  
db         +Martense New York Inc.,   3317 Avenue N,   Brooklyn, NY 11234-2605  
aty        +Kevin J Nash,   Goldberg Weprin Finkel Goldstein LLP,   1501 Broadway,   22nd Floor,    New York, NY 10036-5600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2012**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0207-1         User: btaylor            Page 2 of 2             Date Rcvd: Jan 17, 2012
                             Form ID: 295             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2012 at the address(es) listed below:

              Deborah J Dwyer    on behalf of Creditor  NYS Dept of Taxation & Finance
               deborah_dwyer@tax.state.ny.us
              Hugh H Shull    on behalf of Creditor  City of New York hshull@law.nyc.gov
              J Ted Donovan    on behalf of Debtor  Martense New York Inc. Tdonovan@Finkgold.com,
               Sylvia@Finkgold.com;David@Finkgold.com
              Jay  Bohensky    on behalf of Creditor  Martense Street Capital, Inc. jaybesq@verizon.net
              Jeffrey A Reich    on behalf of Creditor  Castle Oil Corporation Reichlaw@aol.com
              Kevin J Nash    on behalf of Debtor  Martense New York Inc. KNash@gwfglaw.com,
               SShavelson@gwfglaw.com;cpresswood@gwfglaw.com
              Neal M Rosenbloom    on behalf of Debtor  Martense New York Inc. NRosenbloom@gwfglaw.com,
               DRuiz@gwfglaw.com;CPresswood@gwfglaw.com
              Stephen  McNally    on behalf of Creditor  New York Community Bank stevemac@nac.net
              United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 9

Case 1-09-48910-cec    Doc 167    Filed 01/19/12    Entered 01/20/12 01:56:57

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:     CASE NO: 1–09–48910–cec

Martense New York Inc.

SSN/TAX ID:     CHAPTER: 11

74–3162815

DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on January 11, 2012 was filed on January 13, 2012 .

The following deadlines apply:

The parties have until January 20, 2012 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 3, 2012.

If a Transcript Redaction Request is filed, the redacted transcript is due February 13, 2012.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 12, 2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber J&J Court Transcribers, Inc (609) 586–2311 or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 17, 2012

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]